## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| Central Pennsylvania Radiation Oncology, P.C., a Pennsylvania corporation, | : : : |  |
| Appellant | : : |  |
| v. | : : | No. 1004 C.D. 2020 |
| The Good Samaritan Hospital of Lebanon, Pennsylvania, a Pennsylvania Corporation, WellSpan Health, a Pennsylvania Corporation, and Robert Longo, an adult Individual | : : : : : : | |

**PER CURIAM**         **O R D E R**

NOW, January 24, 2022, having considered Appellant's application for reargument, the application is denied.